Argued June 25, affirmed June 25, 1971

# STATE OF OREGON, *Respondent, v.*
# JAMES CALVIN ROSS, *Appellant.*

485 P2d 1243

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John L. Snyder,* District Attorney, Dallas, argued the cause and filed the brief for respondent.

Before SCHWAB, Chief Judge, and FOLEY and THORNTON, Judges.

AFFIRMED FROM THE BENCH.